James S. Friedman, Esq. (JF 9188)
James S. Friedman, LLC
<u>Office</u>
5 Elm Row, Suite 300
New Brunswick, New Jersey 08901
<u>Mailing</u>
Post Office Box 154
New Brunswick, New Jersey 08903
Telephone – 732-979-2259
E-Mail – jfriedlawyer@gmail.com
Superseding Counsel to
Mr. Jared Faircloth

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| United States of America,  :  | |
| : | Mag. No. 21-6044 (DEA) |
| Plaintiff,  : | |
| : | |
| vs.  : | |
| : | Consent Order Allowing |
| Jared Faircloth,  : | Defendant to Attend |
| : | Thanksgiving Celebration |
| Defendant.  : | |

   This matter, having been brought before the Court by Jared Faircloth, the defendant herein ("Faircloth"), by and through his attorney, James S. Friedman, LLC (James S. Friedman, Esq., and Faircloth having been previously placed on various pre-trial restrictions that, among other things, restrict his movements and require him to remain in the company of his pre-trial custodian at certain times; and Faircloth having requested to attend a Thanksgiving celebration at a neighbor's home (the "Neighbor"), without his pre-trial custodian being present; and United States

Pre-trial Services (USPSO Nicholas Zotti), have refused to consent to this request; and the Government (AUSA Ashley Super, appearing) having been provided with the name, address and telephone number of the Neighbor who will be hosting Faircloth on Thanksgiving Day, and having consented to this request; and for good cause shown;

It is on this  24th  day of November, 2021,

Ordered, that Faircloth's request be, and is hereby, granted in its entirety; and it is further

Ordered that Faircloth shall be permitted to attend a Thanksgiving celebration on Thanksgiving Day, November 25, 2021, at the home of the Neighbor; and it is further

Ordered that Faircloth may be present at the Neighbor's home from 1:00 pm to 7:00 pm on Thanksgiving Day, November 25, 2021, without his pre-trial custodian.

_____
Hon. Douglas E. Arpert, USMJ