James S. Friedman, Esq. (JF 9188)
James S. Friedman, LLC
<u>Office</u>
5 Elm Row, Suite 300
New Brunswick, New Jersey 08901
<u>Mailing</u>
Post Office Box 154
New Brunswick, New Jersey 08903
Telephone – 732-979-2259
E-Mail – jfriedlawyer@gmail.com
Superseding Counsel to
Mr. Jared Faircloth

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, | : |
| | : Mag. No. 21-6044 (DEA) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : Consent Order |
| Jared Faircloth, | : Modifying Terms and |
| | : Conditions of Pre-Trial |
| Defendant. | : Release |

This matter, having been brought before the Court by Jared Faircloth, the defendant herein ("Faircloth"), by and through his attorney, James S. Friedman, LLC (James S. Friedman, Esq., appearing); and Faircloth having been previously placed on various pre-trial supervision restrictions that include, among other things, home detention; and United States Pretrial Services ("USPS"), having reviewed the current terms and conditions of Faircloth's pretrial release, and having determined that home detention is no longer necessary in his case and that

the terms and conditions may be modified to include supervision by means of a curfew and electronic monitoring; and the Government (A.U.S.A. Ashley Pitts, appearing), having received a copy of this Order and having not objected to same; and for good cause shown;

It is on this  16th  day of May, 2022,

Ordered, that the terms and conditions of Faircloth's pre-trial release shall be modified to substitute a curfew in place of home detention; and it is further

Ordered, that the hours of Faircloth's curfew shall be determined on an ongoing basis by USPS; and it is further

Ordered that Faircloth shall remain on electronic monitoring.

_____
Hon. Douglas E. Arpert, USMJ